**Serita Rios, SBN# 246568**
**Law Office of Serita Rios**
**2014 Tulare Street, Suite 600**
**Fresno, California 93721**
**Telephone (559) 224-1800**
**Facsimile (559) 224-1806**
**serita@seritarioslaw.com**

Attorney for Defendant JOSE AVILA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>  vs.<br><br>JOSE AVILA,<br><br>      Defendant. | Case No. 1:18-CR-00137-DAD/BAM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE, FINDINGS & ORDER**<br><br>Date: December 10, 2018<br>Time: 1:00 p.m.<br>Court: Hon. Barbara A. McAuliffe |

## STIPULATION

The defendant, JOSE AVILA, by and through his counsel, Serita Rios, and the United States of America, by and through its counsel, Assistant United States Attorney Laurel J. Montoya, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference hearing on December 10, 2018, at 2:00 p.m.

2. By this stipulation, the defendant now moves to continue the status conference hearing until February 25, 2019, and to exclude time between December 10, 2018, and February 25, 2019, under 18 U.S.C. §§3161(h)(7)(A) and 3161 (h)(7)(B)(i)(ii) and (iv).

3. The parties agree and stipulate, and request the Court find the following:

    a. The defense has recently obtained new information requiring further investigation.

    b. Counsel anticipates that the additional investigation will have a significant impact on a plea agreement and sentencing.

    c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    d. For the purposes of computing time under the Speedy Trial Act, 18 U.S.C. §3161, et seq. within which trial must commence, the time period of December 10, 2018, to February 25, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161 (h)(7)(B)(i)(ii) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate the additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIUPLATED.

Dated: December 5, 2018

/s/ SERITA RIOS
_____
**Serita Rios**
Attorney for Defendant

Dated: December 5, 2018

/s/ LAUREL J. MONTOYA
_____
**LAUREL J. MONTOYA**
Assistant United States Attorney

-------------------------------------------------------------------------------

**ORDER**

IT IS SO ORDERED THAT the Third Status Conference is continued from 12/10/2018 to 2/25/2019 at 1:00 PM before Judge McAuliffe. Time is excluded pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161 (h)(7)(B)(i)(ii) and (iv).

IT IS SO ORDERED.

Dated: __**December 6, 2018**__     /s/ *Barbara A. McAuliffe* _
UNITED STATES MAGISTRATE JUDGE